Dominick THOMAS, Plaintiff— Appellant,

v.

Mark L. HARMON, Officer; Astrid S. Robinson, Officer, Defendants— Appellees.

No. 05–7985.

United States Court of Appeals, Fourth Circuit.

Submitted June 28, 2006.

Decided July 28, 2006.

Dominick Thomas, Appellant Pro Se. Mary Alice Rowan, County Attorney's Office, Prince William, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dominick Thomas appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Harmon,* No. CA–04–1145–1–LMB (E.D.Va. Dec. 7, 2005).* We dispense with

* Although the last name of the defendant/appellee is apparently Harman rather than Har- mon, we have retained the spelling employed by the district court.